**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE BOWENS,<br><br>            Petitioner,<br><br>      v.<br><br>RICK HILL,<br><br>            Respondent. | No.  2:18-CV-3213-KJM-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 24, for an extension of time to file objections to the Court's February 17, 2021, findings and recommendations.  Good cause appearing therefor, Petitioner's motion is granted.  Petitioner may file objections within 20 days of the date of this order.

IT IS SO ORDERED.

Dated:  March 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1