UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Dante Bowens, | No. 2:18-cv-03213-KJM-DMC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Rick Hill, | |
| Defendant. | |

     Plaintiff Dante Bowens, proceeding pro set, filed a request for status on his notice of appeal and request for certificate of appealability. ECF No. 36. On September 30, 2021, this court declined to issue a certificate of appealability. ECF No. 28. On October 21, 2021, plaintiff filed a notice of appeal. ECF No. 30. Plaintiff's case is currently on appeal to the Ninth Circuit. ECF No. 31. In early November 2021, plaintiff filed an amended notice of appeal and a notice regarding that amended notice of appeal. ECF Nos. 34, 35. This court does not have jurisdiction to consider an issue on appeal once the notice of appeal is filed. *Marrese v. American Academy of Orthopaedic Surgeons*, 470 U.S. 373, 379 (1985) ("In general, filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal.").

     This order resolves ECF No. 36.

     IT IS SO ORDERED.

DATED: January 26, 2022.

CHIEF UNITED STATES DISTRICT JUDGE